

# NUMBER 13-19-00374-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

JNM EXPRESS, LLC,
ANCA TRANSPORT, INC.,
OMEGA FREIGHT LOGISTICS, LLC,
JORGE MARIN, AND SILVIA MARIN,                    Appellants,

v.

LAURA LOZANO JR. AND
IRENE LOZANO,                                     Appellees.

## ON APPEAL FROM THE 93RD DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION ON REMAND

**Before Chief Justice Tijerina and Justices Cron and Fonseca[1]**
**Memorandum Opinion on Remand by Justice Cron**

---

[1] The Honorable Gina M. Benavides and the Honorable Nora L. Longoria, former Justices of this Court, were members of the panel at the time the case was submitted without oral argument but did not participate in this memorandum opinion on remand because their terms of office expired on December 31,

On April 22, 2021, the Court issued a memorandum opinion which affirmed in part and reversed and rendered in part the judgment of the trial court. *See JNM Express, LLC v. Lozano*, 627 S.W.3d 682, 703 (Tex. App.—Corpus Christi–Edinburg 2021, pet. granted) (mem. op.). The Supreme Court of Texas subsequently reversed our judgment, rendered in part, and remanded the case to us for further proceedings consistent with its opinion. *JNM Express, LLC v. Lozano*, 688 S.W.3d 327, 336 (Tex. 2024) (per curiam). Upon remand, we granted appellees' motion to abate the appeal while the parties finalized a settlement agreement. This cause is now before the Court on the parties' amended joint motion for disposition pursuant to settlement.

According to the motion for disposition, the parties have negotiated a settlement agreement resolving the issues in this appeal, the settlement agreement has been finalized, and the parties have agreed to a disposition of this appeal. Specifically, the parties ask the Court to: (1) reverse the trial court's judgment dated July 29, 2019; (2) render judgment dismissing all claims by all parties with prejudice to the refiling of same; and (3) order that each party bear their own costs of the appeal. *See* TEX. R. APP. P. 42.1(a)(2)(A).

The Court, having examined and fully considered the motion for disposition, is of the opinion that it should be granted. *See id*. Accordingly, we reinstate this appeal, grant the motion for disposition, reverse the trial court's judgment, and render judgment dismissing all claims by all parties with prejudice to the refiling of same. *See id*. Additionally, in accordance with the motion for disposition, costs will be taxed against the party incurring the same. *See id*. R. 42.1(d).

---

2024. In accordance with the appellate rules, they were replaced on panel by Justice Jenny Cron and Justice Ysmael D. Fonseca. *See* TEX. R. APP. P. 41.1(a).

Having resolved the appeal at the parties' request, no motion for rehearing will be entertained.

JENNY CRON
Justice

Delivered and filed on the
3rd day of July, 2025.